UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>JOSE GUERRERO BAEZ, et al.,<br><br>Defendants. | 23 Cr. 00509 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

The Court will hold an initial conference in this matter on **October 25, 2023** at **2:30 p.m.** in Courtroom 12B, 500 Pearl Street, New York, NY 10007.  At the conference, the Government shall recite the procedural history of this case, outline the nature of the evidence it intends to offer at any trial, and propose a schedule for the production of discovery materials.

SO ORDERED.

Dated: October 25, 2023
       New York, New York

_____
JENNIFER H. REARDEN
United States District Judge