UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>JOSE GUERRERO BAEZ, PABLO HERNANDEZ RODRIGUEZ, and KEVIN AMAYA,<br><br>                              Defendants. | 23 Cr. 00509 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

The Court is in receipt of Defendant Jose Guerrero Baez's application requesting the appointment of new counsel. The Court will address his application on **January 8, 2024** at **2:00 p.m.** The duty CJA attorney will be present for the proceeding.

In light of the foregoing, the status conference in regard to Defendants Guerrero, Pablo Hernandez Rodriguez, and Kevin Amaya is hereby ADJOURNED to **January 8, 2024** at **2:15 p.m.**

The Clerk of Court is directed to terminate ECF No. 32.

    SO ORDERED.

Dated:  January 5, 2024
        New York, New York

_____
JENNIFER H. REARDEN
United States District Judge