UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>JOSE GUERRERO BAEZ, PABLO HERNANDEZ RODRIGUEZ, and KEVIN AMAYA,<br><br>                            Defendants. | 23 Cr. 00509 (JHR)<br><br><u>ORDER</u> |

JENNIFER H. REARDEN, District Judge:

As stated on the record at the January 8, 2024 conference, the Court hereby sets the following dates and deadlines:

1.  Trial will commence on **October 30, 2024** at **9:30 a.m.**

2.  Defendants' pretrial motions shall be filed by **June 17, 2024**; oppositions shall be filed by **July 1, 2024**; and any replies shall be filed by **July 8, 2024**.

3.  Any motions *in limine*, proposed *voir dire*, requests to charge, and proposed verdict forms shall be filed by **September 27, 2024**.  Any oppositions to those submissions shall be filed by **October 4, 2024**, and any replies by **October 9, 2024**.  The parties are directed to Rule 8 of the Court's Individual Rules and Practices in Criminal Cases for further requirements as to the submission of pretrial materials, exhibit lists, exhibits, and materials pursuant to 18 U.S.C. § 3500.

4.  A final pretrial conference will be held on **October 18, 2024** at **11:30 a.m.** in Courtroom 12B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

It is further ORDERED that time is excluded under the Speedy Trial Act through October 30, 2024.  The Court finds that the ends of justice served by excluding such time outweigh the

interests of the public and the Defendants in a speedy trial because it will allow for the continued review of discovery, the preparation of pretrial motions, preparation for trial, and discussion of potential pretrial dispositions.

SO ORDERED.

Dated: January 8, 2024
New York, New York

JENNIFER H. REARDEN
United States District Judge