UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>JOSE GUERRERO BAEZ,<br><br>                   Defendant. | 23 Cr. 509 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

The parties shall appear for a change-of-plea proceeding on **July 16, 2024 at 3:30 p.m.** in Courtroom 12B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York.

      SO ORDERED.

Dated: June 28, 2024
       New York, New York

                                                                      JENNIFER H. REARDEN
                                                                      United States District Judge