# EXHIBIT A

| Sentence Range | 2015 | | 2016 | | 2017 | | 2018 | | 2019 | | 2020 | | 2021 | | 2022 | | 2023 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | N | % | N | % | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| **Grand Total** | **1,647** | **100.0%** | **1,358** | **100.0%** | **1,468** | **100.0%** | **1,455** | **100.0%** | **1,522** | **100.0%** | **930** | **100.0%** | **943** | **100.0%** | **1,300** | **100.0%** | **1,142** | **100.0%** |
| Within Range | 387 | 23.5% | 301 | 22.2% | 361 | 24.6% | 368 | 25.3% | 378 | 24.8% | 169 | 18.2% | 188 | 19.9% | 248 | 19.1% | 224 | 19.6% |
| Upward Departure | 1 | 0.1% | 1 | 0.1% | 1 | 0.1% | 3 | 0.2% | - | | - | | 1 | 0.1% | 1 | 0.1% | 1 | 0.1% |
| §5K1.1 Substantial Assistance | 342 | 20.8% | 276 | 20.3% | 227 | 15.5% | 209 | 14.4% | 245 | 16.1% | 163 | 17.5% | 113 | 12.0% | 116 | 8.9% | 124 | 10.9% |
| §5K3.1 Early Disposition Program | 30 | 1.8% | 16 | 1.2% | 6 | 0.4% | 14 | 1.0% | 8 | 0.5% | 6 | 0.6% | 3 | 0.3% | - | | 1 | 0.1% |
| Downward Departure Govt Motion | - | | 6 | 0.4% | 11 | 0.7% | 6 | 0.4% | 6 | 0.4% | 3 | 0.3% | 3 | 0.3% | 6 | 0.5% | 4 | 0.4% |
| Non-Govt Downward Departure | 46 | 2.8% | 48 | 3.5% | 39 | 2.7% | 34 | 2.3% | 25 | 1.6% | 18 | 1.9% | 7 | 0.7% | 22 | 1.7% | 7 | 0.6% |
| Upward Variance | 8 | 0.5% | 12 | 0.9% | 17 | 1.2% | 11 | 0.8% | 9 | 0.6% | 9 | 1.0% | 8 | 0.8% | 19 | 1.5% | 17 | 1.5% |
| Downward Variance Govt Motion | 14 | 0.9% | 46 | 3.4% | 70 | 4.8% | 62 | 4.3% | 53 | 3.5% | 36 | 3.9% | 41 | 4.3% | 135 | 10.4% | 112 | 9.8% |
| Non-Govt Downward Variance | 819 | 49.7% | 652 | 48.0% | 736 | 50.1% | 748 | 51.4% | 798 | 52.4% | 526 | 56.6% | 579 | 61.4% | 753 | 57.9% | 652 | 57.1% |

**FILTER:**
Fiscal Year: 2015,2016,2017,2018,2019,2020,2021,2022,2023; Crime Type: All; Guideline: All Circuit: All; State: All; District: New York, Southern; Race: All; Gender: All; Age: All; Citizenship: All; Education: All; Crime Type: All; Guideline: All; Drug Type: All; Criminal History: All; Career Offender Status: All

**SOURCE:** This was produced using the U.S. Sentencing Commission's Interactive Data Analyzer (IDA) (https://ida.ussc.gov).