# EXHIBIT B

Sentence Imposed Relative to Guideline Range

| Sentence Range | 2015 N | 2015 % | 2016 N | 2016 % | 2017 N | 2017 % | 2018 N | 2018 % | 2019 N | 2019 % | 2020 N | 2020 % | 2021 N | 2021 % | 2022 N | 2022 % | 2023 N | 2023 % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Grand Total | 2 | 100.0% | 1 | 100.0% | 3 | 100.0% | 2 | 100.0% | 1 | 100.0% | 1 | 100.0% | 1 | 100.0% | 3 | 100.0% | 1 | 100.0% |
| Upward Variance | - | | - | | - | | 1 | 50.0% | - | | - | | - | | - | | - | |
| Non-Govt Downward Variance | 2 | 100.0% | 1 | 100.0% | 3 | 100.0% | 1 | 50.0% | 1 | 100.0% | 1 | 100.0% | 1 | 100.0% | 3 | 100.0% | 1 | 100.0% |

**FILTER:**
Fiscal Year: 2015,2016,2017,2018,2019,2020,2021,2022,2023; Crime Type: All; Guideline: §2D1.1 Circuit: All; State: All; District: New York, Southern; Race: All; Gender: All; Age: All; Citizenship: All; Education: All; Crime Type: All; Guideline: §2D1.1; Drug Type: Methamphetamine; Criminal History: III; Career Offender Status: Exclude Career Offenders

**SOURCE:** This was produced using the U.S. Sentencing Commission's Interactive Data Analyzer (IDA) (https://ida.ussc.gov).