# EXHIBIT D

Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York

Dear Judge Rearden,

My name is Melva Peralta Lara, one of Santo Peralta's older sisters. We are the two youngest of our siblings, so we spent a lot of time together growing up and we have been there for each other our whole lives.

I would describe Santo as lovable, comprehending, and a good person in general. He has spent his whole life putting his family before himself. He has also been calm and driven his whole life. He loved to work, and he started when he was very young, walking by foot to a field many kilometers away from our house to pick tomatoes and coffee beans with our mom. He was always worried about whether we had enough money and worked many jobs to help our mom instead of going to school. I have been a very sickly person, and one time, when my foot cramped up to the point where doctors were thinking about amputating it, Santo used all of earnings and savings for months to pay for my treatments. I still have my leg because of him. He also raised two of his sons alone after his wife passed away, worrying for them, and making sure they were supported.

Santo is not only the best brother and father, but the best son. When our mother would get sick when we were kids, he would drop everything to walk on foot with her to the nearest hospital. I love how much he worries about our mother. Before he was arrested, he would call her everyday as soon as he woke up to check in on her. He would ask if she's taken her medication, if she has enough of them in the house, if she's eaten, and how she feels. Even while incarcerated, he has asked his girlfriend to make sure that our mother is being cared for.

My brother has spent his whole life doing hard work for barely any pay. He has struggled to make enough to provide for himself and his family. However, no matter how hard it got, he would always find a job and made sure we ate every day. He would work all day to be able to eat at night. I would say his endurance and perseverance through a lifetime of financial struggles has been one of his biggest accomplishments and something that I am very proud of. He moved to the U.S. because he wanted to be able to provide for our mother and her medications, which I can't do because of my sicknesses. He simply was not making enough money in Bani to keep up with our mother's expenses as she got older and sicker. This became clear to him when he saw how he couldn't afford to pay for her medicine after an emergency. Unfortunately, he had an even more difficult time in the U.S., struggling to find a job for a long time, and sending the little money he made to our mother. I know that a lack of money, being away from his family, and knowing how much we rely on him pushed him into this situation.

I know that Santo is remorseful and completely regrets what he did. I have been told about the terrible conditions of the prison he's in and I pray everyday for him to get out soon. Our entire family has felt the effect of my brother being in jail so far away from us. It has been very sad for us. We have not been able to talk to him or see him in so long and it pains us all so much. We tried to hold off on telling our mother, because we were worried about how it would affect her health, but once she stopped getting his calls she knew something was up. She would ask why he wasn't calling and told us that she missed him. When we finally told her that he was arrested, she cried nonstop for days and has since then spent her time praying for him. My mother has lost a lot of weight since then, and she is old, so for her this is a very big event for her.

I will do whatever I can to support my brother when he returns home. He will live with our mother and another brother who lives at her house, and we will be in better conditions to help him as a family. He will have his family there for him while he looks for a job so that he does not have to worry so much about necessities. Our family will provide him with the support that he has given us his whole life, and I hope that he will be released soon enough to find our mother in good health..

Santo has realized that in this life, you can't act out of desperation, and you have to be patient for the good times to come. I hope that you are willing to consider my words and show my brother some leniency. He has a mother who is suffering over the well-being of her son and our family is falling apart without him. I love my brother so much, and I know he will come back from this situation, begin a new chapter in the Dominican Republic, and never commit a mistake like this again.

Sincerely,

Melva Peralta Lara

**This letter was dictated over the phone and translated from Spanish to English

Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York

Dear Judge Rearden,

I am Santo Peralta Lara's older sister, Santa Baez Lara. Santo is the youngest of our siblings, and I am one of the oldest. Since we were not raised together and I am much older than him, he has always thought of me as more of an aunt than a sister.

Even though I was married and had moved out of the house when Santo was growing up in Bani, we still maintained a good relationship. I kept in touch with him and my mother, and he even lived with me in the capital for a while as a young adult. Our family's financial circumstances have been, and continue to be, very precarious, especially when Santo was a kid. My mom was the only provider in the house and Santo ended up working instead of attending school to help put food on the table. He would accompany my mom to pick coffee beans and tomatoes from the fields she would work at. He also worked at the sugar cane fields from a young age and cleaning houses for wealthier people in Bani. As an adult, he would go on to work in construction, as a ticket inspector, and as a taxi driver, taking on the jobs that no one wanted to meet the needs of his family.

Santo has always been a reliable, level-headed, and loving person. Our family is always on his mind, and he loves all of us so much. When he lived with me in Santo Domingo, the capital, he was so attentive, making sure that I was okay, helping with chores, doing grocery runs, etc.. He has been the best brother to me, and an even better son to our mother, who has progressively gotten sicker with age. Santo's incarceration has been overwhelming for all of us. We don't know when we will see him, and this is something that weighs on us heavily, especially our mother. She has been very sad and has lost a lot of weight since finding out about his arrest. She has also not been able to receive the medication he would send money for her to buy. We have not been able to talk to him and she always speaks about wanting to hear his voice again.

We need Santo out of jail and back in our lives again. While his actions were out of place, and very uncharacteristic of him, I know it came from a place of necessity. He was struggling to make enough money in Bani and thought his financial situation the U.S. would be better, but he immediately struggled to find a job and could not sustain himself in the U.S.. I really believe that this drove him to do what he did. When he comes back to the Dominican Republic, he will live with our mother and we will help him with whatever he needs while he looks for a job and gets settled. He can return to his taxi business while we help him find a job, so he can be okay and continue to support our mother.

Please, your Honor, give my brother a chance at starting over again in his own country. I know that his experience in prison has made him regret his actions. He has never gone this long without talking to our mother and I hope that he will be able to see again her before she passes.

While his actions were wrong and misguided, we wish for him to come home and be with our family as soon as possible, especially for our mother's sake.

Sincerely,

Santa Baez Lara

**This letter was dictated over the phone and translated from Spanish to English

Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York

Dear Judge Rearden,

My name is Jose Manuel and I am writing this letter on behalf of my father, Santo Peralta Lara. I was born and raised in the Dominican Republic, where I currently live and work in a town called Bani. My father has always been there for me. Even though he didn't live with mom, since they separated when I was young, I saw him every day and he was very present in my life.

I would describe my dad as a happy person and a hard worker. Growing up, we didn't have a lot of money and my dad had to work hard to support his children, his mother, and himself. He has always been a hard worker, coming from a very poor, single-parent home. His father was never in his life, so it was just him, his brother, his sister, and his mom, and he had to step up as a provider very early in his life. He would work in the sugar cane fields as a kid to try and help his family, starting at 7 years old. When I was growing up, he would work long hours as a construction worker here in Bani. Even though he's been working these hard jobs his whole life, and has gotten paid very little, he has always been a joyful person.

Not only does he manage to put a smile on everyone's face, but he always goes out of his way to help our family whenever he can and however he can. He always helped me whenever I needed it and made sure to instill the importance of working in me from a young age. By the time I was a teenager he taught me how to do different jobs and was very honest about how things are: how the world works, and how we need to work hard for the things we want in life. He set the example for my brothers and I, and always balanced the hard work with fun moments—he never missed a celebration or birthday and made sure to celebrate everyone.

Even though he's made mistakes, especially with the situation he's in now, he is a good person and someone I can really trust and count on. After struggling his whole life to support his family and pay for necessities in the Dominican Republic with labor-heavy jobs, he thought things would be better in the United States. He thought he would be able to make more money in construction to send over for his mother's house and her medical expenses, since she is very old. And while he was able to send money over and slowly help remodel his family home in Bani by himself, it was not easy, and he struggled just as much in the U.S.. My dad has struggled financially his whole life and never committed actions like this before, so I really believe that this was not his idea and people took advantage of him when they saw the position he was in. I know that the situation he is in right now is because of the financial difficulties he was having. He is someone very positive who loves to make us laugh, loves to be around family, and wants to uplift all of us, so this is very out of character for him.

This case has really affected our family a lot. My grandmother cries almost every day, thinking about the conditions he is living in at prison and not being able to see her son or talk to him. My

children miss their grandfather and are always asking about when he will come back home to see them. We all miss him so much and plan to welcome him with open arms. I know the situation is not easy for him either, he tells his partner about how he wishes to see his mother before she dies and to be there for her in her final moments.

When he comes back to Bani, he will stay at my grandmother's house, where one of his siblings also lives, and I will help him find a job. I will support him with everything I can, especially with expenses he can't cover, even if it means paying his rent. He has a loving family who miss him, and will support him, waiting for him when he comes back home.

Thank you for your consideration.

Sincerely,
Jose Manuel Peralta


**This letter was dictated over the phone and translated from Spanish to English

Honorable Jennifer H. Rearden
Unites States District Judge
Southern District of New York

Dear Judge Rearden,

My name is Silvia Encarnacion, and I am Santo Peralta's girlfriend. We have known each other for over 20 years, first meeting in the Dominican Republic when I was his sister's neighbor in Santo Domingo. We were together for 10 years, even moving in together in Bani, before I moved to the U.S., and we separated. We then got together again when he came to the U.S..

I have known Santo for a long time, and I know his family very well too. He comes from a family of humble, well-meaning people who have lived in poverty their whole lives. His brothers, sisters, mom, and kids are all amazing people who work hard for what they have and don't let their financial condition change their morals. Similarly, I would describe Santo as a good, humble person. He has always been a good person to me, someone with strong values and many good qualities as a human being. Some of my favorite things are his smile and his help. He would help a lot at home, wake me up with a cup of coffee in bed, and carry everything for me. He made sure I felt his care and his loving nature was always present in our relationship. I admire his humility, how he handles himself with others, and his helpful demeanor. He has been attentive to his kids and mother and has sacrificed a lot for them. He is a good father, son, brother, and a great partner.

Santo and his family have always had many economic struggles. He is a person who has been living day-by-day since he was a kid, working to eat not to save money. Santo has worked difficult jobs in the cane fields, buses, construction, and taxi-driving throughout his life to try and help his family push forward. He has been their only provider for a long time, and he does his best to help everyone he can whenever he has the means to. Santo is someone who would take his own shirt off his back to give to someone who doesn't have one, and it's what I love the most about him.

Things were so bad for Santo in the D.R. that he even lived in my house in Bani because he couldn't afford to live on his own with his mother's medical bills. Sadly, he learned really fast that this country is very different from the Dominican Republic. He struggled to find work as soon as he got here, and I don't think he ended up making any money. His son took him in, I would help him by sending him money for food and clothes. Since I live in New Jersey, we had talked a bit about moving in together eventually, and I was even talking to my manager about getting him a job at the restaurant I work at, but then he fell into this mess.

Santo never had any legal issues in the Dominican Republic, so I was shocked when I heard he was arrested. I couldn't believe the news, mostly because he had worked so hard his whole life and never resorted to anything drastic or illegal, no matter how hard things got. It breaks my heart to think of him in prison, to hear the pain he is going through when we talk on the phone. His hernia and leg pains keep him up at night, and he wakes up in pain every day. Even though he hasn't directly told me what caused him to do what he did, I imagine that the necessity and condition of his mother, the desperation of his situation, and the mindset that created for him drove him to commit this crime.

I am honestly very disappointed in him, and I had no idea he was doing any of this. I even had to call 911 because I had a breakdown when I found out. Santo made a huge mistake, he let his hopes blind him and trusted people who were led by vanity and greed, the opposite of everything he stands for. However, I know that he is a good person and will work hard to get past this situation. Santo is extremely remorseful and regrets his actions. We talk on the phone quite often and he tells me he will never do something like this ever again, and that he every day he spends at MDC fills him with more regret. His situation saddens me, but his remorse is why I have continued to support him, because I know that he is sorry and genuinely means it. I have my own kids and family here in New Jersey and I am a hard worker—I have never been associated with a situation like this, and don't plan to in the future. I know Santo will never do this again or even think about stepping back into this country.

What I am truly worried about is his family, and how they will survive if he continues to stay incarcerated. I have days when I can't even sleep at night or eat just thinking about him and his mother, and the impact that this could have on her. Santo's mother is very very sick, and his sister had cancer and was recently operated—the family is a bad position in general. The only thing they can do is cry about the situation and they are having a really hard time understanding the magnitude of him potentially being in jail for years. The whole thing has been catastrophic for them. Since his arrest, I have been sending money over to his mom for her medications and bills. I know that more bad news could really be the end of her because she is almost 90 and suffers from heart, lung, and circulation issues.

Santo will get through this, and I will help him in any way I can. He has depended on me for a long time, and he has nothing to fall back on, absolutely nothing, so I will continue to help him and his family. Santo has always worked hard so I know that he will be okay, especially once he sees his mother again. I'll always be there for him for emotional support and to give him advice whenever he needs it.

I pray that Santo can face the consequences to his actions with strength and I hope that you have mercy and leniency with him. I hope that this letter has shown you how kind and thoughtful of a person he is, and that he is not just someone who has made mistakes, but he is also a good person

and will do everything he can to correct these mistakes. Santo is not violent and has not done anything harmful to others. I hope he will be able to go back home to Bani soon, push through in life, and keep helping his mother.

Thank you for considering my words.

Sincerely,

Silvia Encarnacion


**This letter was dictated over the phone and translated from Spanish to English