UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>JOSE GUERRERO BAEZ,<br><br>               Defendant. | 23 Cr. 509 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

Defendant Jose Guerrero Baez's sentencing is scheduled for November 21, 2024. Defendant's sentencing submission raises significant issues relating to his medical condition and treatment while in pretrial detention at the Metropolitan Detention Center. *See* ECF No. 87.

IT IS HEREBY ORDERED that, by **November 20, 2024 at 5:00 p.m.**, the Government serve on defense counsel and file under seal copies of all medical records generated since Defendant's arrest on September 8, 2023, including records concerning all health-related issues that have arisen or have been raised by Defendant or defense counsel; any previously scheduled medical appointments; any upcoming medical appointments; any diagnoses and/or prognoses that have been rendered; any previously performed examinations/evaluations, testing, and treatments; and any upcoming examinations/evaluations, testing, and treatments.

SO ORDERED.

Dated: November 18, 2024
       New York, New York

                                                         JENNIFER H. REARDEN
                                                         United States District Judge